# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2022-2143
LT Case No. 2020-CA-001212

_____

MATTHEW WOZNIAK and HOLLY
WOZNIAK,

     Appellants,

     v.

JARED THIEL, LAUREN
MICHELLE THIEL, CANDY
HARVISON, and PILLAR REAL
ESTATE SERVICES, LLC d/b/a
PILLAR REALTY,

     Appellees.

_____


On appeal from the Circuit Court for St. Johns County.
Howard M. Maltz, Judge.

Preston H. Oughton, of Law Office of Preston H. Oughton,
Jacksonville, for Appellants.

Matthew T. Jackson and Alicia M. Kupcinskas, of Brennan Manna
Diamond P.L., Jacksonville, for Appellees.

August 20, 2024


PER CURIAM.

AFFIRMED.

MAKAR, KILBANE, and PRATT, JJ., concur.

––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––